

CP–02–AP–0000070–2016
(Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal of: C.C.**

**277 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000025–2015
CP–02–AP–0000026–2015
CP–02–AP–0000027–2015
CP–02–AP–0000070–2016
(Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal of: C.C.**

**278 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000027–2015
(Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal of: C.C.**

**279 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000027–2015
(Allegheny)

Affirmed

**COM.**

**v.**

**CAPLE, A.**

**2630 EDA 2015**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0006379–2011
(Philadelphia)

Affirmed

